

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-5-2009

# USA v. Mangan

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3939

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Mangan" (2009). *2009 Decisions.* Paper 1921.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1921

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

January 23, 2009

**No. 07-3939**

**United States of America**
**vs.**
**John Mangan, Appellant**
**(District of New Jersey Criminal No. 07-cr-00136)**

**PRESENT:  McKEE, SMITH and ROTH, Circuit Judges.**

　　1. Motion by Appellee to clarify the Opinion.

**Answer due 2/3/09**                                      Tonya Wyche    267-299-4938
**Argued 12/10/08**                                       Case Manager

_____**O R D E R**_____

**The foregoing** Motion by Appellee to Clarify the Opinion is construed as a Motion to Amend the Opinion.  The Motion to Amend the Opinion is GRANTED and the Opinion filed on January 8, 2009 is amended as set forth below.

　　The first complete sentence on page six of the opinion accessed at www.ca3.uscourts.gov, which states:  "In our view, it is the District Court that must determine, albeit with the advice or opinion of a mental health professional, the type and duration of mental health treatment" is AMENDED by eliminating the clause "albeit with the advice or opinion of a mental health professional".  As amended, the sentence shall state:  "In our view, it is the District Court that must determine the type and duration of mental health treatment."

　　　　　　　　　　　　　　　　　　　　　　**By the Court,**

　　　　　　　　　　　　　　　　　　　　　　　/s/ D. Brooks Smith
　　　　　　　　　　　　　　　　　　　　　　**Circuit Judge**

**Dated:**   February 5, 2009
tyw/cc:   James F. Gizzi, Esq.
　　　　　George S. Leone, Esq.
　　　　　Steven G. Sanders, Esq.